UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARLON J. BANKS<br>D.O.C. # 554248 | : | CIVIL ACTION NO. 2:14-cv-2522 |
| VERSUS | : | JUDGE SUMMERHAYS |
| SETH SMITH | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 27] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this _12_ day of February, 2019.


ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE